THE CITY OF NEW YORK, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Railroads — municipal corporations — action to recover expense of paving between and at sides of tracks.*

*City of New York* v. *Union Ry. Co. of N. Y. City,* 206 App. Div. 472, affirmed.

(Argued April 10, 1924; decided May 13, 1924.)

APPEAL from a judgment, entered November 30, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. The action was brought to recover the expense incurred by plaintiff in paving the area between the north- and south-bound tracks and the areas immediately adjoining the outer rail of each said track for a distance of two feet therefrom. Defendant claimed exemption under section 3 of chapter 340 of the Laws of 1892. The Appellate Division held that the exemption was repealed by chapter 434 of the Laws of 1893.

*Addison B. Scoville* and *Alfred T. Davison* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Elliot S. Benedict* and *Charles W. Miller* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others.

*Real property — title — streets — action to remove alleged encroachment upon street.*

*City of Syracuse* v. *Hogan,* 204 App. Div. 902, reversed.

(Argued April 11, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered December 29, 1922, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, which adjudged that Salina street is one of the public streets of the city of Syracuse, dedicated to and used by the public for street purposes, and that appellant is incumbering a part of said street in front of his premises with permanent structures, enjoining him from continuing such obstructions, and directing him to remove the same and restore the street for its full width of ninety-nine feet in front of his premises to the condition it would be in if such obstructions were not there, and correcting appellant's deed and the mortgages held by other defendants so as to exclude therefrom that portion of the street included in the respective descriptions of such deeds and mortgages.

*Thomas Hogan, Peter B. Cole, Daniel A. Pierce, W. Matterson* and *W. F. Quinn* for appellant.

*Frank J. Cregg, Corporation Counsel* (*Frank Hopkins* of counsel), for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of *City of Syracuse* v. *Hogan* (234 N. Y. 457).

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

―――――――

LOWELL LAMB & COMPANY, INC., Respondent, *v.* ALBERT HERSKOVITS et al., Copartners under the Firm Name of ALBERT HERSKOVITS & SON, Appellants.

*Appeal — reversal by Appellate Division and direction for entry of interlocutory judgment — appeal to Court of Appeals dismissed.*

*Lamb & Co., Inc.,* v. *Herskovits & Son,* 204 App. Div. 407, appeal dismissed.

(Argued April 14, 1924; decided May 13, 1924.)

APPEAL from a judgment, entered March 23, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the